■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLYDE MIDDLETON, Appellant. [934 NYS2d 814]—

Inasmuch as the maximum term of the defendant's resentence expired during the pendency of this appeal, the appeal has been rendered academic (*see People v Paulin*, 17 NY3d 238, 242 [2011]; *People v Garner*, 83 AD3d 862 [2011]). Mastro, A.P.J., Balkin, Chambers and Sgroi, JJ., concur.